IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CRIMINAL NO: 99cr0344-002(PG) |
| vs. | |
| Diana Centeno-Salome | |
| Defendant | |

**MOTION FOR CONTINANCE BY DEFENDANT**

**TO THE HONORABLE COURT:**

   **COMES NOW**, the defendant Diana Centeno-Salome, through the undersigned court appointed counsel, and respectfully sates and request:

   1.   A hearing for the defendant to show cause as to why her supervised release should not be revoked has been scheduled for June 24, 2005, at 9:00 a.m..

   2.   On June 24, 2005, the undersigned will be out of the Office taking a short vacation with his immediate family members.

   3.   In view of the above, the defendant respectfully requests that the bail and preliminary hearing be continued for any day during the following week commencing on June 27, 2005.

   **WHEREFORE**, the defendant Diana Centeno-Salome respectfully requests that the revocation hearing be continued for any day

1

during the following week commencing on June 27, 2005.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 21 st day of June, 2005.

**I HEREBY CERTIFY**, that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (1) Assistant United States Attorney Office.

S/ <u>Eric M. Quetglas Jordan</u>

ERIC M. QUETGLAS JORDAN
USDC-PR #202514
**QUETGLAS LAW OFFICES**
PO Box 16606
San Juan PR 00908-6606
Tel:(787)722-0635/(787)722-7745
Fax: (787)725-3970
Email: quetglaslaw@hotmail.com