IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>         v.<br><br>DIANE CENTENO-SALOME,<br>   Defendant. | CRIMINAL NO. 99-344 (PG) |

**REQUEST FOR DISCOVERY PURSUANT TO
RULE 32.1 OF FEDERAL RULES OF CRIMINAL PROCEDURE**

HON. JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW**, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico, and before this Honorable Court respectfully states and prays as follows:

1. There is a Motion Notifying of Violations of Supervised Release filed by the probation officer.

2. *Federal Rule of Criminal Procedure 32.1 (a)(2)(B)* provides that a person whose term of supervised release is to be revoked has the right to "disclosure of the evidence against the person." The following information is requested:

   a) The name of the doctor, psychological and/or drug treatment program or programs that the defendant was referred to by the U. S. Probation Office.

   b) The appointments given to the defendant by the doctor or treatment programs.

   c) The notes (chronos) of the Probation Officer of the meetings held with the defendant.

Request for Discovery ....
Criminal No. 99-344 (PG)
Page 2

    d)    Copy of Presentence Investigation Report.

    e)    Copies of any and all documents pertaining to the defendant's performance and/or progress within the drug treatment program(s) to which he was referred to by the U.S. Probation Office.

    f)    Any and all other information directly related to the reasons for revocation that the U.S. Probation Office included in their motion.

3. It is respectfully requested that an order be issued by this Honorable Court in which it order the Probation Officer to provide the information requested by defendant.

**WHEREFORE** it is respectfully requested that the information sought by defendant pursuant to *Federal Rule of Criminal Procedure 32.1(a)(2)(B)* be provided.

**RESPECTFULLY REQUESTED**.

In San Juan, Puerto Rico, July 19 , 2005.

                        JOSEPH C. LAWS, JR.
                        Federal Public Defender
                        <u>S/FRANCISCO VALCARCEL-FUSTER</u>
                        USDC-PR #220108
                        Assistant Federal Public Defender
                        241 Franklin D. Roosevelt Avenue
                        Hato Rey, PR  00918-2441
                        Tel. (787) 281-4922 / Fax (787) 281-4899
                        E-mail : *francisco_valcarcel@fd.org*

Request for Discovery ....
Criminal No. 99-344 (PG)
Page 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 19 , 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the government, U.S. Attorney H.S. García, and the U.S. Probation Office (Martin DeSantiago). At San Juan, Puerto Rico, this 19th day of July, 2005.

        **JOSEPH C. LAWS, JR**
        **Federal Public Defender**
        **District of Puerto Rico**


        S/FRANCISCO VALCARCEL-FUSTER
        USDC-PR #220108
        Assistant Federal Public Defender
        241 Franklin D. Roosevelt Avenue
        Hato Rey, PR  00918-2441
        Tel. (787) 281-4922 / Fax (787) 281-4899
        E-mail : *francisco_valcarcel@fd.org*