IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CRIMINAL NO: 99cr0344-002(PG) |
| vs. | |
| Diana Centeno-Salome | |
| Defendant | |

**MOTION FOR THE WITHDRAWL OF COUNSEL**

**TO THE HONORABLE COURT:**

**COMES NOW**, the defendant Diana Centeno-Salome, through the undersigned court appointed counsel, and respectfully sates and requests:

1. On July 18, 2005, counsel Francisco Varcalcel-Fuster appeared on behalf of the defendant.

2. Therefore, the defendant respectfully requests that the undersigned counsel, Eric Quetglas Jordán, be allowed to withdraw from his representation, and that the Clerk be ordered to withdraw the undersigned's name from the attorneys' service list in this case.

**WHEREFORE**, the defendant Diana Centeno-Salome respectfully requests:

1

A.  That the undersigned counsel, Eric Quetglas Jordán, be allowed to withdraw from his representation. And;

B.  That the Clerk be ordered to withdraw the undersigned's name from the attorneys' service list in this case.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 20 th day of July, 2005.

**I HEREBY CERTIFY**, that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (1) Assistant United States Attorney Office.

S/  <u>Eric M. Quetglas Jordan</u>

ERIC M. QUETGLAS JORDAN
USDC-PR #202514
**QUETGLAS LAW OFFICES**
PO Box 16606
San Juan PR 00908-6606
Tel:(787)722-0635/(787)722-7745
Fax: (787)725-3970
Email: quetglaslaw@hotmail.com