IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                                           CASE NO.  3:99CR00344-02(PG)

DIANA CENTENO-SALOME
* * * * * * * * * * * * * * * * * * * * * *

MOTION IN COMPLIANCE TO COURT ORDER
DATED JULY 20, 2005

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, Martín De Santiago, U.S. PROBATION OFFICER of this Honorable Court,** respectfully informing that pursuant to court order dated July 20, 2005, discovery as requested by the Federal Public Defender's Office was provided to both parties.

**WHEREFORE**, I declare under perjury that the foregoing is true and correct, this motion is respectfully submitted for informational purposes only.

In San Juan, Puerto Rico, this 1st day of August 2005.

                Respectfully submitted,

                EUSTAQUIO BABILONIA, CHIEF
                U.S. PROBATION OFFICER

                s/Martin De Santiago
                Martin De Santiago
                U.S. Probation Officer
                Federal Office Building Room G-50
                150 Chardon Avenue
                San Juan, P.R. 00918-1741
                Tel. 787-766-5860
                Fax 787-771-4063
                E-mail: martin_de_santiago@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 1, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant Federal Public Defender Francisco Valcarcel and Assistant U.S. Attorney José A. Ruíz-Santiago.

I also certify that I have mailed the Discovery packet by U.S. Postal Service to Assistant U.S. Attorney José A. Ruíz-Santiago, U.S. Attorney's Office,

In San Juan, Puerto Rico, this 1st day August 2005.

s/Martin De Santiago  
Martin De Santiago  
U.S. Probation Officer  
Federal Office Building Room G-50  
150 Chardon Avenue  
San Juan, P.R. 00918-1741  
Tel. 787-766-5860  
Fax 787-771-4063  
E-mail: martin_de_santiago@prp.uscourts.gov