UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**   *
                              *
Vs.                           *         99-CR-00344-002 (PG)
                              *
**CENTENO-SALOME, DIANA**     *
                              *
-------------------------------- *

### ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office for suggested wording.

IT IS SO ORDERED.

San Juan, Puerto Rico, this September 29, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____