**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

   **vs.**                    **CASE NO. 99CR00344-002(PG)**

**DIANA CENTENO-SALOME**
* * * * * * * * * * * * * * * * * *

**MOTION FOR A SHOW CAUSE HEARING
AND THE REQUEST
FOR THE ISSUANCE OF A WARRANT**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, Miriam Figueroa, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Diana Centeno-Salomé, who on May 11, 2001, was sentenced to forty-six (46) months of imprisonment and five (5) years supervised release with special conditions of drug testing, and substance abuse treatment, if warranted, as well as financial disclosure. On August 15, 2003, she was released from custody and her five-year supervised release term began. However, on August 26, 2005, offender's supervised release term was revoked wherein she was sentenced to an imprisonment term of eleven (11) months followed by a supervised release term of four (4) years. Offender was released from custody on June 6, 2006 to commence her supervised release term.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      Since her release from custody, the offender has violated the following supervision conditions:

**1. CONDITION NO. 2 - "YOU SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH."**

The offender did not report to her January 31, 2007 office appointment and has not submitted her monthly supervision report since December 2006.

**2.  CONDITION NO. 6 - "YOU SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT."**

Information was received from a family member that offender was no longer residing at her recorded residence but was hanging around all day and night at José Celso Barbosa Public Housing since in or about the beginning of February 2007.

**2. CONDITION NO. 7 - "YOU SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN."**

The offender tested positive to cocaine on August 3 and 7, 2006, while being a participant in one of our contracted drug treatment providers.

**3. SPECIAL CONDITION - "IF ANY DRUG TEST SAMPLES DETECT SUBSTANCE ABUSE, THE DEFENDANT SHALL PARTICIPATE IN A SUBSTANCE ABUSE PROGRAM ARRANGED AND APPROVED BY THE PROBATION UNTIL DULY DISCHARGED BY AUTHORIZED PROGRAM PERSONNEL WITH THE APPROVAL OF THE U.S. PROBATION OFFICER."**

The offender was referred to one of our out-patient substance abuse treatment providers on June 21, 2006.  Mrs. Centeno-Salomé stopped attending and engaging drug treatment on or about February 8, 2007.

**WHEREFORE,** I declare under a penalty of perjury that the above-mentioned is true and correct, and it is respectfully requested, unless ruled otherwise, that a warrant of arrest be issued so that the offender may be brought before this Court to show cause why her supervision term should not be revoked. Thereupon, she be dealt with pursuant to law.

In San Juan, Puerto Rico, this 1st day of March 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Miriam Figueroa
Miriam Figueroa
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-281-4980/766-5596
miriam_figueroa@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 1, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruíz-Santiago, Assistant U.S. Attorney, and Joseph Laws, Federal Public Defender.

In San Juan, Puerto Rico, this 1st day of March 2007.

        s/Miriam Figueroa
        Miriam Figueroa
        U.S. Probation Officer
        Federal Office Building, Room 400
        150 Chardon Avenue
        San Juan, P.R. 00918-1741
        Tel. 787-281-4980/766-5596
        miriam_figueroa@prp.uscourts.gov