**IN THE UNITED STATES DISTRICT COU RT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

   **vs.**                                           **Case No. 99CR00344 002(PG)**

**DIANA CENTENO-SALOME,**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

**ORDER TO SHOW CAUSE**

Upon petition of Miriam Figueroa, U.S. Probation Officer of this Court, alleging that releasee,

Diana Centeno-Salomé, has failed to comply with her conditions of supervised release, it is

**ORDERED** that releasee appear before this Court on _____ 2007 at

_____, for a hearing to show cause, if there be any, why her supervision term should not

be revoked and committed to the custody of the Attorney General of the United States or his authorized

representative, for imprisonment until expiration of her sentence.

At this hearing, releasee will be entitled:

1.  To the disclosure of evidence against her.
2.  To present evidence in her own behalf.
3.  To the opportunity to question witnesses against her.
4.  To be represented by counsel.

The Clerk shall issue the corresponding warrant of arrest for the releasee Diana Centeno-

Salomé, and provide defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this      day of                , 2007.

_____
JUAN M. PEREZ-GIMENEZ
Senior U.S. District Judge