AO 442   (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT

_____JUDICIAL_____ District of _____PUERTO RICO_____

UNITED STATES OF AMERICA

V.

**DIANE CENTENO-SALOME**
Residencial Barbosa, Edif. 14, Apt. 134
Bayamon, PR 00967
Tel: 778-4829
To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number:   99 CR 344-02 (PG)

YOU ARE HEREBY COMMANDED to arrest _____Diane CENTENO-SALOME_____
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release term.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

Signature of Issuing Officer   By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

June 7, 2005 at Hato Rey, Puerto Rico
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-14-05 | HERIBERTO ROCON | By: |
| DATE OF ARREST | TFA | |
| 7-15-05 | | |